Law Offices of
**MATHENY SEARS LINKERT & JAIME LLP**
MATTHEW C. JAIME (SBN 140340)
SARAH M. WOOLSTON (SBN 320510)
3638 American River Drive
Sacramento, California 95864
Telephone: (916) 978-3434
Facsimile: (916) 978-3430
mjaime@mathenysears.com
swoolston@mathenysears.com

Attorneys for Defendant, COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONDRA SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 to 25, inclusive,<br><br>　　　　Defendant. | Case No. 2:20-cv-01861-JAM-AC<br><br>***AMENDED* STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>Complaint filed: May 6, 2020 |

　　　　IT IS HEREBY STIPULATED by and between Plaintiff, SONDRA SMITH ("Plaintiff"), and Defendant, COSTCO WHOLESALE CORPORATION ("Defendant"), by and through their counsel of record, that Plaintiff will undergo an Independent Medical Examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination will be conducted by Orthopedic Surgeon, Patrick McGahan, M.D., on **July 14, 2021 at 9:30 a.m. at 3941 J Street, Suite 250, Sacramento, CA.**

　　　　Defendant requests that Plaintiff submit to a physical examination by Dr. McGahan to determine the extent and nature of any injuries, including, but not limited to, Plaintiff's reported injury to her left leg and knee.

The nature, scope, conditions, and manner of examination are as follows:

1. The examining physician will ask, and plaintiff shall answer, questions relating to the nature and extent of the injuries alleged to have been sustained in the incident that is the subject matter of this action; present symptoms and conditions; medical history, including the manner in which the injury occurred; prior injuries and diseases; and Plaintiff's occupational and recreational history.

2. The examining physician may use, and Plaintiff shall cooperate in the use of, accepted diagnostic instruments, tests, manipulations, and techniques, including the making of x-ray pictures, but no procedure causing undue discomfort or endangering Plaintiff's life shall be used except by order of the court, granted with notice, on a further showing of good cause, therefore.

3. Failure to appear at the examination, or to cancel within five (5) business days of the examination, will result in a cancellation fee of $800 of which Plaintiff will be held responsible to pay.

4. It is further stipulated to that Defendant will provide to Plaintiff a copy of a detailed written report setting out the history, examinations, findings, including the results of all tests made, diagnoses, prognoses, and conclusions of the examiner, Patrick McGahan, M.D. within 15 days upon Defendant's receipt of same.

Dated: May 3, 2021     **MATHENY SEARS LINKERT & JAIME LLP**

By: /s/ Matthew C. Jaime
MATTHEW C. JAIME,
Attorney for Defendant COSTCO WHOLESALE CORPORATION

Dated: May 5, 2021     **ARNOLD LAW FIRM**

By: /s/ Andrew Minney
ANDREW MINNEY
Attorney for Plaintiff, SONDRA SMITH

*AMENDED STIPULATION TO INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE*

IT IS SO ORDERED:

DATED: May 18, 2021.

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

LAW OFFICES OF
MATHENY SEARS LINKERT & JAIME LLP
3638 AMERICAN RIVER DRIVE
SACRAMENTO, CALIFORNIA 95864

*AMENDED STIPULATION TO INDEPENDENT MEDICAL EXAMINATION PURSUANT TO RULE 35 OF THE FEDERAL RULES OF CIVIL PROCEDURE*